## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA CLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-2695-JAR |
| | ) | |
| HOVG, LLC, d/b/a BAY AREA | ) | |
| CREDIT SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff Patricia Clay and

Defendant HOVG, LLC, through their respective undersigned counsel, that the above-captioned

action, shall be and is hereby dismissed with prejudice and without costs, disbursements or attorney

fees to any party and that a judgment of dismissal with prejudice may be entered in the above-

captioned action accordingly.

Respectfully submitted

/s/ Alexander J. Cornwell
Alexander J. Cornwell, #64793MO
Bryan E. Brody, #57580MO
BRODY & CORNWELL
7730 Carondelet, Suite 135
Clayton, Missouri 63105
Phone: (314) 932-1068
acornwell@brodyandcornwell.com
bbrody@brodyandcornwell.com
*Attorneys for Plaintiff*

/s/ James M. Brodzik
James M. Brodzik, #66700MO
HINSHAW & CULBERTSON
521 West Main Street, Suite 300
Belleville, Illinois 62220
Phone: 618-277-2400
jbrodzik@hinshawlaw.com
*Attorneys for Defendant*

So Ordered
John A. Ross
4/9/2018

1

## CERTIFICATE OF SERVICE

The undersigned attests that, on March 7, 2018, the foregoing document was served by

operation of the Court's electronic filing system on the following counsel of record:

James M. Brodzik
Hinshaw & Culbertson, LLP
jbrodzik@hinshawlaw.com

/s/ Alexander J. Cornwell